UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians
of Infant ALYN HOTHO,
                Plaintiffs,

-v-

EDWARD F. ROSSI, M.D., et al.
                Defendants.

**Case No.
05CV2609**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On March 8, 2005 at 1:10 p.m. at 130 West 12th Street, New York, NY 10011, I served the within SUMMONS, COMPLAINT, JUDGES RULES & ECF RULES FOR ELECTRONIC FILLING on SAINT VINCENTS HOSPITAL, MANHATTAN, defendant therein named, by delivering a true copy of same to JOAN DEMPSEY, Assistant Director.

The person served is a white female, brown hair, 45-55 years old, 5'4"-5'6" in height, 130-140 pounds.

                                              _Caswell Bryan_
                                              Caswell Bryan
                                              License No. 846846

Sworn to before me this
9th day of March 2005

_Julio Delara_
NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 200_

---

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796