UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR HOTHO and AYAKO MITSUI, Individually and as parents and natural guardians of Infant ALYN HOTHO,<br>　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>EDWARD F. ROSSI, M.D., et al.<br>　　　　　　　Defendants. | **Case No.**<br>**05CV2609**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On March 8, 2005 at 3:29 p.m. at 157 East 81st Street, New York, NY 10028, I served the within SUMMONS, COMPLAINT, JUDGES RULES & ECF RULES FOR ELECTRONIC FILLING on EDWARD F. ROSSI, M.D., defendant therein named, by delivering a true copy of same to EDWARD F. ROSSI, M.D., personally.

The person served is a white male, brown/gray hair, 50-60 years old, 6'1"-6'2" in height, 190-200 pounds.

　　　　　　　　　　　　　　　　　　　　　　*Caswell Bryan*
　　　　　　　　　　　　　　　　　　　　　　Caswell Bryan
　　　　　　　　　　　　　　　　　　　　　　License No. 846846

Sworn to before me this
9th day of March 2005

*Julio Delara*
NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 20__

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796