UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians
of Infant ALYN HOTHO,
                          Plaintiffs,

          -v-

EDWARD F. ROSSI, M.D., et al.
                       Defendants.

**Case No.**
**05CV2609**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On March 8, 2005 at 3:29 p.m. at 157 East 81st Street, New York, NY 10028, I served the within SUMMONS, COMPLAINT, JUDGES RULES & ECF RULES FOR ELECTRONIC FILLING on PEDIATRICS EAST OF NEW YORK, P.C., defendant therein named, by delivering a true copy of same to EDWARD F. ROSSI, M.D., Managing Partner.

The person served is a white male, brown/gray hair, 50-60 years old, 6'1"-6'2" in height, 190-200 pounds.

                                                    _Caswell Bryan_
                                                    Caswell Bryan
                                                    License No. 846846

Sworn to before me this
9th day of March 2005

_Julio Delara_
NOTARY PUBLIC
    **JULIO DELARA**
**NOTARY PUBLIC-STATE OF NEW YORK**
      **No. 01DE6119206**
   **Qualified in New York County**
**Commission Expires November 29, 20__**

---

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796