## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ss.:
COUNTY OF NEW YORK )

MADELYNNE DAY, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Queens County, New York.

That on the 28th day of, 2005, deponent served the within RULE 7.1 DISCLOSURE STATEMENT WITH ANSWER (for Rossi and Pediatrics East of New York, P.C.) upon:

LOCKS LAW FIRM, PLLC
Attorney for Plaintiffs
110 East 55th Street - 12th Floor
New York, NY 10022
(212) 838-3333

COSTELLO, SHEA & GAFFNEY, ESQ.
Attorneys for Defendant
ST. VINCENT'S HOSPITAL, MANHATTAN
44 Wall Street
New York, N.Y. 10005

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
MADELYNNE DAY

Sworn to before me this
28th day of March, 2005

_____
Notary Public

LORRAINE PUGNI
Notary Public, State of New York
No 01PU6048365
Qualified in Bronx County
Commission Expires September 25, 2006