UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR HOTHO and AYAKO MITSUI,
individually and as parents and natural
guardians of infant, ALYN HOTHO,

                Plaintiffs,

    v.

EDWARD F. ROSSI, M.D.,
PEDIATRICS EAST OF NEW YORK, P.C.
and, ST. VINCENT'S HOSPITAL,
MANHATTAN,

             Defendants

**05 CV 2609
JUDGE BAER**

---

### AFFIDAVIT OF MERIT

STEVEN P. KNOWLTON, an attorney duly admitted to practice law, hereby affirms as follows:

That I am the attorney for the plaintiffs herein, and that at least one physician who is licensed to practice medicine and who I believe is knowledgeable in the relevant issues involved in this action has reviewed the facts and circumstances of this matter and has been consulted concerning this matter.

Based upon this physician's review and consultation, there is a reasonable basis for the commencement of this action.

STEVEN P. KNOWLTON (2429)
Counsel for Plaintiffs
Locks Law Firm, PLLC
110 East 55th Street
New York, N.Y. 10022
212-838-3333