```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                Plaintiffs,           STIPULATION EXTENDING
                                                TIME TO ANSWER

- against -

EDWARD F. ROSSI, M.D., PEDIATRICS EAST      05 CV 2609
OF NEW YORK, P.C. and ST. VINCENT'S            Judge Baer
HOSPITAL, MANHATTAN,

                Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, that the time for defendant, ST. VINCENT'S HOSPITAL AND MEDICAL CENTER OF NEW YORK, s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN, to answer in connection with the above-captioned matter is hereby extended up to and including April 27, 2005.

Dated: New York, New York
         March 23, 2005

*[signature]*                                              *[signature]*

COSTELLO, SHEA & GAFFNEY LLP           LOCKS LAW FIRM
By: Paul E. Blutman, Esq. (8216)                By: Steven Knowlton, Esq. (2429)
Attorneys for Defendant                             Attorney for Plaintiffs
ST. VINCENT'S HOSPITAL AND                 110 East 55th Street, 12th Floor
MEDICAL CENTER OF NEW YORK              New York, New York 10022
Office and P.O. Address                              (212) 838-3333
44 Wall Street, 11th Floor
New York, New York 10005                    3/25/05
(212) 483-9600                                   SO ORDERED
                                                   *[signature]* Baer
                                                      USDJ

COSTELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

182681.1