UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

VICTOR HOTHO and AYAKO MITSUI, : NOTICE OF APPEARANCE
individually and as parents and natural guardians of :
infant, ALYN HOTHO, : 05 CV 2609

                              Plaintiffs,

                              v.

EDWARD F. ROSSI, M.D., PEDIATRICS EAST
OF NEW YORK, P.C. and ST. VINCENT'S
HOSPITAL, MANHATTAN,

                              Defendants.

---------------------------------------------------------------- x

      PLEASE TAKE NOTICE, that the defendants, EDWARD F. ROSSI, M.D. and PEDIATRICS EAST OF NEW YORK, P.C. hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendants. Please address all correspondence to the undersigned.

Dated: New York, New York
       April 5, 2005

                                                              Yours, etc.,

                                                              BY: CAROL E. RUSSELL (7446)
                                                              AARONSON RAPPAPORT FEINSTEIN
                                                              & DEUTSCH, LLP
                                                              Attorneys for Defendants
                                                              EDWARD F. ROSSI, M.D. and
                                                              PEDIATRICS EAST OF NEW YORK, P.C.
                                                              Office & P.O. Address
                                                              757 Third Avenue
                                                              New York, New York 10017
                                                              Tel.: (212) 593-6700

{00408833.DOC}

LOCKS LAW FIRM, PLLC
Attorney for Plaintiffs
110 East 55th Street - 12th Floor
New York, NY 10022
(212) 838-3333

COSTELLO, SHEA & GAFFNEY, ESQ.
Attorneys for Defendant
ST. VINCENT'S HOSPITAL, MANHATTAN
44 Wall Street
New York, N.Y. 10005
(212) 483-9600

{00408833.DOC}

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                              ss.:
COUNTY OF NEW YORK )

Tracy Eason, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Queens County, New York.

That on the 6th day of April, 2005, deponent served the within **NOTICE OF APPEARANCE (for Rossi and Pediatrics East of New York, P.C.)** upon:

LOCKS LAW FIRM, PLLC
Attorney for Plaintiffs
110 East 55th Street - 12th Floor
New York, NY 10022
(212) 838-3333

COSTELLO, SHEA & GAFFNEY, ESQ.
Attorneys for Defendant
ST. VINCENT'S HOSPITAL, MANHATTAN
44 Wall Street
New York, N.Y. 10005

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
TRACY EASON

Sworn to before me this
6th day of April, 2005

_____
Notary Public

CATHERINE K. LONGSWORTH
Notary Public, State of New York
No. 01-5040378
Qualified in Kings County
Commission Expires May 29, 2007

236.094 - *Hotho v. Edward Rossi, M.D.*

{00409319.DOC}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Civil Action No. 05-2609

---

VICTOR HOTHO and AYAKO MITSUI,
individually and as parents and natural
guardian of infant, ALYN HOTHO,

                    Plaintiffs,

            -against-

EDWARD F. ROSSI, M.D., PEDIATRICS
EAST OF NEW YORK, P.C. and ST.
VINCENT'S HOSPITAL, MANHATTAN,

                    Defendants.

---

## NOTICE OF APPEARANCE

**AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**
Attorneys for Defendants
EDWARD F. ROSSI, M.D., PEDIATRICS EAST OF NEW YORK, P.C.
Office and Post Address
757 Third Avenue
New York, NY 10017
212-593-6700

---

To:    **ALL PARTIES**

{00409321.DOC}