185634.1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                Plaintiffs,

        - against -

EDWARD F. ROSSI, M.D., PEDIATRICS EAST
OF NEW YORK, P.C. and ST. VINCENT'S
HOSPITAL, MANHATTAN,

                Defendants.

------------------------------------------------------------------X

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT**

05 CV 2609

SIR/MADAM:

Pursuant to Rule 7.1 of the local rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for **SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN,** certifies that there are no corporate parents, subsidiaries, or affiliates of said parties which are publicly held.

Dated: New York, New York
       April 22, 2005

Yours, etc.

**COSTELLO, SHEA & GAFFNEY LLP**

By: _____
DAVID N. ZANE, ESQ. (DNZ4182)
Attorneys for Defendant
ST. VINCENT'S HOSPITAL, MANHATTAN
44 Wall Street, 11th Floor
New York, New York 10005
(212) 483-9600

COSTELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

TO:

LOCKS LAW FIRM, PLLC
Attorneys for Plaintiffs
Office and P.O. Address
110 East 55th Street - 12th Floor
New York, New York 10022
(212) 838-3333

LAYSER & FREIWALD, P.C.
Patricia M. Giordano
1500 Walnut Street
Eighteenth Floor
Philadelphia, Pennsylvania 19102
(212) 875-8000

AARONSON RAPPAPORT FEINSTEIN
& DEUTSCH, LLP
Attorneys for Defendants
EDWARD F. ROSSI, M.D. and
PEDIATRICS EAST OF NEW YORK, P.C.
Office and P.O. Address
757 Third Avenue
New York, New York 10017
(212) 593-6700

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      **CARLON THOM**, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York 11434.

      On April 27, 2005, I served the within **DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT** on the attorneys in this action by regular mail a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:   LOCKS LAW FIRM, PLLC
       Attorney for Plaintiffs
       110 East 55th Street, 12th Floor
       New York, NY 10022

       LAYSER & FREIWALD, P.C.
       Patricia M. Giordano
       1500 Walnut Street
       Eighteenth Floor
       Philadelphia, Pennsylvania 19102
       (212) 875-8000

       AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
       Attorney for Defendants
       EDWARD F. ROSSI, M.D. and
       PEDIATRICS EAST OF NEW YORK, P.C.
       757 3rd Avenue
       New York, NY 10017

*Carlon Thom*
CARLON THOM

Sworn to before me on this
27th day of April 2005.

_____
NOTARY PUBLIC

CHRISTINE SCOTT
Notary Public, State of
New York
No. 01SC604439
Qualified in Richmond County
Commission Expires July 3, 2008

COSTELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005