185448.1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

       Plaintiffs,       **ANSWER AND AFFIRMATIVE DEFENSES**

- against -

                 **05 CV 2609**
EDWARD F. ROSSI, M.D., PEDIATRICS EAST  **Judge Baer**
OF NEW YORK, P.C. and ST. VINCENT'S
HOSPITAL, MANHATTAN,        **JURY TRIAL DEMANDED**

       Defendants.

-----------------------------------------------------------------X

  Defendant, SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN (hereinafter referred to as "ST. VINCENT'S HOSPITAL, MANHATTAN"), by its attorneys, COSTELLO SHEA & GAFFNEY LLP, answering the Plaintiff's Complaint, sets forth the following upon information and belief:

  FIRST:  Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "1" of Plaintiff's Complaint and refers all questions of law to this Honorable Court.

  SECOND:  Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "2" of Plaintiff's Complaint and refers all questions of law to this Honorable Court.

  THIRD:  Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "3" of Plaintiff's Complaint and refers all questions of law to this Honorable Court.

FOURTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "4" of Plaintiff's Complaint.

FIFTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "5" of Plaintiff's Complaint.

SIXTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "6" of Plaintiff's Complaint.

SEVENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "7" of Plaintiff's Complaint.

EIGHTH: Denies the allegation contained in paragraph "8" of Plaintiff's Complaint in the form alleged but admits that Defendant, ST. VINCENT'S HOSPITAL, MANHATTAN, is a corporation existing under the laws of the State of New York and is located at 170 West 12th Street, New York, New York 10011.

NINTH: Denies the allegation contained in paragraph "9" of Plaintiff's Complaint in the form alleged but admits that on certain date(s) employees of Defendant, ST. VINCENT'S HOSPITAL, MANHATTAN, rendered care and treatment to ALYN HOTHO and refers all questions of law to this Honorable Court.

TENTH: Denies the allegation contained in paragraph "10" of Plaintiff's Complaint in the form alleged but admits that on certain date(s) employees of Defendant, ST. VINCENT'S HOSPITAL, MANHATTAN, rendered care and treatment to ALYN HOTHO and refers all questions of law to this Honorable Court.

ELEVENTH: Denies the allegations contained in paragraph "11" of Plaintiff's Complaint.

TWELFTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "12" of Plaintiff's Complaint and refers all questions of law

)STELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

to this Honorable Court.

THIRTEENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "13" of Plaintiff's Complaint and refers all questions of law to this Honorable Court.

FOURTEENTH: Denies the allegation contained in paragraph "14" of Plaintiff's Complaint in the form alleged but admits that on certain date(s) employees of Defendant, ST. VINCENT'S HOSPITAL, MANHATTAN, rendered care and treatment to ALYN HOTHO and refers all questions of law to this Honorable Court.

FIFTEENTH: Denies the allegation contained in paragraph "15" of Plaintiff's Complaint in the form alleged but admits that on certain date(s) employees of Defendant, ST. VINCENT'S HOSPITAL, MANHATTAN, rendered care and treatment to ALYN HOTHO and refers all questions of law to this Honorable Court.

SIXTEENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "16" of Plaintiff's Complaint.

SEVENTEENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "17" of Plaintiff's Complaint.

EIGHTEENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "18" of Plaintiff's Complaint.

NINETEENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "19" of Plaintiff's Complaint.

TWENTIETH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "20" of Plaintiff's Complaint.

TWENTY-FIRST: Denies knowledge or information sufficient to form a belief as to the

OSTELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

truth of the allegation contained in paragraph "21" of Plaintiff's Complaint.

TWENTY-SECOND: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "22" of Plaintiff's Complaint.

TWENTY-THIRD: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "23" of Plaintiff's Complaint.

TWENTY-FOURTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "24" of Plaintiff's Complaint.

TWENTY-FIFTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "25" of Plaintiff's Complaint.

TWENTY-SIXTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "26" of Plaintiff's Complaint.

TWENTY-SEVENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "27" of Plaintiff's Complaint.

TWENTY-EIGHTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "28" of Plaintiff's Complaint.

TWENTY-NINTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "29" of Plaintiff's Complaint.

THIRTIETH: Denies the allegations contained in paragraph "30" of Plaintiff's Complaint.

THIRTY-FIRST: Denies the allegations contained in paragraph "31" of Plaintiff's Complaint.

## COUNT ONE

THIRTY-SECOND: Answering paragraph "32" of Plaintiff's Complaint defendant, repeats, reiterates and realleges each and every response to paragraphs "1" through "31", inclusive,

of Plaintiff's Complaint as if set forth at length herein.

THIRTY-THIRD: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "33" of Plaintiff's Complaint.

THIRTY-FOURTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "34" of Plaintiff's Complaint.

THIRTY-FIFTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "35" of Plaintiff's Complaint.

## COUNT TWO

THIRTY-SIXTH: Answering paragraph "36" of Plaintiff's Complaint defendant, repeats, reiterates and realleges each and every response to paragraphs "1" through "35", inclusive, of Plaintiff's Complaint as if set forth at length herein.

THIRTY-SEVENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "37" of Plaintiff's Complaint.

THIRTY-EIGHTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "38" of Plaintiff's Complaint.

THIRTY-NINTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "39" of Plaintiff's Complaint.

## COUNT THREE

FORTIETH: Answering paragraph "40" of Plaintiff's Complaint defendant, repeats, reiterates and realleges each and every response to paragraphs "1" through "39", inclusive, of Plaintiff's Complaint as if set forth at length herein.

FORTY-FIRST: Denies the allegations contained in paragraph "41" of Plaintiff's Complaint.

FORTY-SECOND:    Denies the allegations contained in paragraph "42" of Plaintiff's Complaint.

## COUNT IV

FORTY-THIRD:    Denies the allegations contained in paragraph "43" of Plaintiff's Complaint.

FORTY-FOURTH:    Denies the allegations contained in paragraph "44" of Plaintiff's Complaint.

## COUNT V

FORTY-FIFTH:    Answering paragraph "45" of Plaintiff's Complaint defendant, repeats, reiterates and realleges each and every response to paragraphs "1" through "44", inclusive, of Plaintiff's Complaint as if set forth at length herein.

FORTY-SIXTH:    Denies the allegations contained in paragraph "46" of Plaintiff's Complaint.

## COUNT VI

FORTY-SEVENTH:    Answering paragraph "47" of Plaintiff's Complaint defendant, repeats, reiterates and realleges each and every response to paragraphs "1" through "46", inclusive, of Plaintiff's Complaint as if set forth at length herein.

FORTY-EIGHTH:    Denies the allegations contained in paragraph "48" of Plaintiff's Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FORTY-NINTH:    This action is barred, in whole or in part, by the culpable and/or negligent conduct of the plaintiffs, VICTOR HOTHO and AYAKO MITSUI.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTIETH:     This Complaint fails to state a cause of action upon which relief may be granted.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTY-FIRST:     This action is barred by §2805-d of the Public Health Law.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTY-SECOND:     Plaintiff's claims are barred by the applicable statutes of limitation, including but not limited to CPLR §214-a.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTY-THIRD:     The answering defendant is entitled to a limitation of liability under Article 16 of the Civil Practice Law and Rules.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTY-FOURTH:     The amount of alleged damages claimed by plaintiff should be reduced pursuant to CPLR § 4545 to the extent of any collateral source benefits, remuneration or compensation received.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTY-FIFTH:     This Court lacks subject matter jurisdiction over ST. VINCENT'S HOSPITAL, MANHATTAN.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTY-SIXTH:    The injuries and damages claimed by plaintiff, if any, resulted from an intervening or superseding causes and/or causes, and any act or omission on the part of ST. VINCENT'S HOSPITAL, MANHATTAN was not the proximate and/or competent producing cause of such alleged injuries and damages.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTY-SEVENTH:    Upon information and belief, each item of economic loss alleged in the complaint was, or with reasonable certainly, will be replaced or indemnified in whole or in part by collateral sources.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE, THE DEFENDANT PLEADS, UPON INFORMATION AND BELIEF, AS FOLLOWS:

FIFTY-EIGHTH:    No act or omission of ST. VINCENT'S HOSPITAL, MANHATTAN was reckless or careless, or done with actual malice, bad motive and/or with a reckless indifference to the interests of others.

WHEREFORE, the defendant, ST. VINCENT'S HOSPITAL, MANHATTAN, demands judgment dismissing plaintiff's Complaint, together with fees, costs and disbursements.

Dated: New York, New York  
April 21, 2005

Yours, etc.

COSTELLO, SHEA & GAFFNEY LLP

By: _____  
DAVID N. ZANE, ESQ. (DNZ 4182)  
Attorneys for Defendant  
ST. VINCENT'S HOSPITAL, MANHATTAN  
44 Wall Street, 11th Floor  
New York, New York 10005  
(212) 483-9600

TO:

LOCKS LAW FIRM, PLLC
Attorneys for Plaintiffs
Office and P.O. Address
110 East 55th Street - 12th Floor
New York, New York 10022
(212) 838-3333

LAYSER & FREIWALD, P.C.
Patricia M. Giordano
1500 Walnut Street
Eighteenth Floor
Philadelphia, Pennsylvania 19102
(212) 875-8000

AARONSON RAPPAPORT FEINSTEIN
& DEUTSCH, LLP
Attorneys for Defendants
EDWARD F. ROSSI, M.D. and
PEDIATRICS EAST OF NEW YORK, P.C.
Office and P.O. Address
757 Third Avenue
New York, New York 10017
(212) 593-6700

# VERIFICATION

STATE OF NEW YORK      )
                       ) SS,:
COUNTY OF NEW YORK     )

**KATHLEEN GALVIN**, being duly sworn, deposes and says:

I am the Executive Director of Saint Vincents Manhattan, a division of Saint Vincents Catholic Medical Centers of New York, defendant in the within action; I have read the foregoing Answer and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation.

_____
**KATHLEEN GALVIN**
**Executive Director**

Sworn to before me this
26 day of April, 2005.

_____
NOTARY PUBLIC
JOAN M. DEMPSEY
Notary Public, State of New York
No. 31-1606040
Qualified in New York County
Commission Expires June 30, 20__

STELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**CARLON THOM**, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York 11434.

On April 27, 2005, I served the within **ANSWER AND AFFIRMATIVE DEFENSES** on the attorneys in this action by regular mail a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:  LOCKS LAW FIRM, PLLC
     Attorney for Plaintiffs
     110 East 55th Street, 12th Floor
     New York, NY 10022

     LAYSER & FREIWALD, P.C.
     Patricia M. Giordano
     1500 Walnut Street
     Eighteenth Floor
     Philadelphia, Pennsylvania 19102
     (212) 875-8000

     AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
     Attorney for Defendants
     EDWARD F. ROSSI, M.D. and
     PEDIATRICS EAST OF NEW YORK, P.C.
     757 3rd Avenue
     New York, NY 10017

_____
**CARLON THOM**

Sworn to before me on this
27th day of April 2005.

_____
NOTARY PUBLIC

CHRISTINE SCOTT
Notary Public, State of New York
No. 01SC604439
Qualified In Richmond County
Commission Expires July 3, 2006

STELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

Index No.   05 CV 2609   Year 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians
of infant, ALYN HOTHO,

                                              Plaintiffs,

- against -

EDWARD F. ROSSI, M.D., PEDIATRICS EAST
OF NEW YORK, P.C. and ST. VINCENT'S
HOSPITAL, MANHATTAN,

                                              Defendants.

## ANSWER AND AFFIRMATIVE DEFENSES

COSTELLO, SHEA & GAFFNEY LLP

Attorneys for
*Defendant, ST. VINCENT'S CATHOLIC MEDICAL CENTERS OF N.*
*ST. VINCENT'S HOSPITAL, MANHATTAN*
Office and Post Office Address
44 WALL STREET
NEW YORK, N.Y. 10005
212-483-9600

---

NOTICE OF ENTRY

Sir:-Please take notice that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on                          20

Dated
                      Yours, etc.,
    COSTELLO, SHEA & GAFFNEY LLP

Attorneys for

       *Office and Post Office Address*
             44 WALL STREET
           NEW YORK, N.Y. 10005

To

Attorney(s) for

---

NOTICE OF SETTLEMENT

Sir:-Please take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

One of the judges of the within named Court, at

on                                                       20
at                     M.
Dated,
                    Yours, etc.,
    COSTELLO, SHEA & GAFFNEY LLP

Attorneys for

       *Office and Post Office Address*
            44 WALL STREET
           NEW YORK, N.Y. 10005

To

Attorney(s) for