UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                      Plaintiffs,                      **DEMAND FOR EXPERT
                                                           WITNESS INFORMATION**

                   - against -

EDWARD F. ROSSI, M.D., PEDIATRICS EAST        **05 CV 2609**
OF NEW YORK. P.C. and ST. VINCENT'S             **Judge Baer**
HOSPITAL, MANHATTAN,

                      Defendants.

-------------------------------------------------------------------X
COUNSELORS:

      **PLEASE TAKE NOTICE** that, pursuant to Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure, if plaintiffs intend to introduce expert testimony at the time of trial of the above captioned action, within twenty (20) days of the date herein, plaintiff is to set forth:

      1.      State whether such witness(es) is licensed to practice medicine and, if so, the jurisdiction wherein such license is in effect with the dates thereof.

      2.      State whether such witness(es) is a medical school graduate and, if so, the name of the medical school with the date(s) of graduation.

      3.      State whether such witness(es) completed any internship, residency and fellowship programs and, if so, the institution(s) where such programs were undertaken with the dates thereof.

      4.      State whether such witness(es) specializes in a particular area(s) of medicine and, if so, set forth such specialty.

      5.      State whether such witness(es) is board certified in a particular area(s) of

medicine and, if so, the board so certifying with the date(s) thereof.

6. State whether such witness(es) has any hospital affiliation(s) and, if so, set forth said affiliations.

7. State whether such witness(es) has published any article(s) relating to the subject matter of this litigation and, if so, the name of the journal where said article was published with the date(s) thereof.

8. State whether such expert ever has had his/her license to practice medicine suspended or revoked and, if so, set forth the dates thereof.

9. Disclose in reasonable detail the subject matter on which each expert is expected to testify.

10. Disclose in reasonable detail the substance of the facts and opinions on which each expert is expected to testify.

11. Disclose in reasonable detail a summary of the grounds for each expert's opinion.

12. Set forth the materials, with appropriate identification, upon which said expert's testimony is based, including, but not limited to:

   (a) Hospital charts;

   (b) Office records and reports of treating and examining physicians

   (c) laboratory tests and reports;

   (d) Radiological tests and reports;

   (e) Private duty nursing records; and

   (f) Office records of treating and examining psychiatrists and/or psychologists.

13. Disclose copies of all reports generated by the expert or experts regarding their review of this matter.

PLEASE TAKE FURTHER NOTICE that this notice is a continuing demand for the information requested concerning an expert's testimony at trial, pursuant to Rule 26(e)(1) and (2) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that failure to comply with demand shall be grounds upon which to preclude you from introducing the expert's testimony at trial for each expert whose name, qualifications, subject matter of testimony, substance of the facts and opinions of the expert's testimony and the materials upon which the expert's testimony is based and for such other relief as the Court deems just and proper, as per Rule 37 of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 26, 2005

Yours, etc.

COSTELLO, SHEA & GAFFNEY LLP

By: _____
David N. Zane (DZ 4182)
Attorneys for Defendant
ST. VINCENT'S CATHOLIC MEDICAL CENTERS OF NEW YORK s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN
44 Wall Street, 11th Floor
New York, New York 10005
(212) 483-9600

To:

    LOCKS LAW FIRM, PLLC
    Attorney for Plaintiffs
    110 East 55th Street, 12th Floor
    New York, NY 10022

    LAYSER & FREIWALD, P.C.
    Patricia M. Giordano
    1500 Walnut Street
    Eighteenth Floor
    Philadelphia, Pennsylvania 19102
    (212) 875-8000

    AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
    Attorney for Defendants
    EDWARD F. ROSSI, M.D. and
    PEDIATRICS EAST OF NEW YORK, P.C.
    757 3rd Avenue
    New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                        Plaintiffs,                              **NOTICE FOR DISCOVERY PURSUANT TO FRCP 26**

                - against -

                                                                  **05 CV 2609**

EDWARD F. ROSSI, M.D., PEDIATRICS EAST OF        **Judge Baer**
NEW YORK, P.C. and ST. VINCENT'S HOSPITAL,
MANHATTAN,

                        Defendants.

------------------------------------------------------------------X

COUNSELORS:

    **PLEASE TAKE NOTICE** that, pursuant to FRCP Rule 26(a)(1)(B), all counsel is required to produce at the offices of the undersigned attorneys within thirty (30) days from the date hereof the following:

1. Produce the pleadings of each and every lawsuit brought on plaintiffs' behalf to recover damages for any connected or aggravated injuries allegedly caused and sustained by plaintiff as a result of the acts of one or more preceding, joint, concurrent and/or succeeding tort feasors action which shall set forth the following:

    a.    Court;

    b.    Index or docket number;

    c.    Calendar number;

    d.    Names and addresses of all litigants;

    e.    Names and addresses of all attorneys appearing for litigants.

Separately set forth:

    f.  Status of lawsuit

      i.  If noticed for trial, specify th date;
      ii.  If settled, annex a copy of each release delivered indicating the amounts contributed by each defendant;
      iii.  If discontinued without payment, annex a copy of each stipulation so delivered to each defendant;
      iv.  If tried, annex a copy of the judgment with notice of entry;
      v.  If judgment was satisfied, set forth the date and amount of payment and annex a copy of the satisfaction of judgment.

2.  Identify every jurisdiction in which either or both plaintiffs have ever been arrested, arraigned, indicted, or convicted, including the corresponding dates and arresting agency, name and location of the court with docket number.

PLEASE TAKE FURTHER NOTICE that in the event plaintiffs fail to forthwith provide each such report within thirty (30) days. defendant will move for an order pursuant to the provisions of the FRCP.

PLEASE TAKE FURTHER NOTICE that this demand is to be considered continuing and in force through and until the termination of this lawsuit.

Dated: New York, New York
   April 26, 2005

              Yours, etc.

              COSTELLO, SHEA & GAFFNEY LLP

              By: _____
                 David N. Zane (DZ 4182)
              Attorneys for Defendant
              ST. VINCENT'S CATHOLIC MEDICAL CENTERS OF NEW YORK s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN
              44 Wall Street, 11th Floor
              New York, New York 10005
              (212) 483-9600

To:

    LOCKS LAW FIRM, PLLC
    Attorney for Plaintiffs
    110 East 55th Street, 12th Floor
    New York, NY 10022

    LAYSER & FREIWALD, P.C.
    Patricia M. Giordano
    1500 Walnut Street
    Eighteenth Floor
    Philadelphia, Pennsylvania 19102
    (212) 875-8000

    AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
    Attorney for Defendants
    EDWARD F. ROSSI, M.D. and
    PEDIATRICS EAST OF NEW YORK, P.C.
    757 3rd Avenue
    New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                Plaintiffs,                  **DEMAND FOR REPORT OF PHYSICAL EXAMINATION**

        - against -

                                                    **05 CV 2609**
EDWARD F. ROSSI, M.D., PEDIATRICS EAST OF       **Judge Baer**
NEW YORK, P.C. and ST. VINCENT'S HOSPITAL,
MANHATTAN,

                Defendants.

------------------------------------------------------------------X

COUNSELORS:

**PLEASE TAKE NOTICE** that, pursuant to FRCP Rule 35(b)(1), defendant ST. VINCENT'S HOSPITAL, MANHATTAN, demands that plaintiffs produce an exact and true copy of the report of physical examination of each physician who has either treated or examined the infant plaintiff for the conditions and injuries claimed herein, irrespective of whether it is presently intended that said physician(s) will be called as a witness at the time of trial.

PLEASE TAKE FURTHER NOTICE that in the event plaintiffs fail to forthwith provide each such report within thirty (30) days, defendant will move for an order pursuant to FRCP 35(b)(1).

PLEASE TAKE FURTHER NOTICE that this demand is to be considered continuing and in force through and until the termination of this lawsuit.

STELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

Dated: New York, New York
April 26, 2005

          Yours, etc.

          COSTELLO, SHEA & GAFFNEY LLP

          By: _____
               David N. Zane (DZ 4182)
          Attorneys for Defendant
          ST. VINCENT'S CATHOLIC MEDICAL CENTERS OF NEW YORK s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN
          44 Wall Street, 11th Floor
          New York, New York 10005
          (212) 483-9600

To:

    LOCKS LAW FIRM, PLLC
    Attorney for Plaintiffs
    110 East 55th Street, 12th Floor
    New York, NY 10022

    LAYSER & FREIWALD, P.C.
    Patricia M. Giordano
    1500 Walnut Street
    Eighteenth Floor
    Philadelphia, Pennsylvania 19102
    (212) 875-8000

    AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
    Attorney for Defendants
    EDWARD F. ROSSI, M.D. and
    PEDIATRICS EAST OF NEW YORK, P.C.
    757 3rd Avenue
    New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                Plaintiffs,                              **DEMAND FOR STATEMENTS**

                - against -                              **05 CV 2609**
                                                                **Judge Baer**
EDWARD F. ROSSI, M.D., PEDIATRICS EAST OF
NEW YORK, P.C. and ST. VINCENT'S HOSPITAL,
MANHATTAN,

                Defendants.

------------------------------------------------------------------X
COUNSELORS:

      **PLEASE TAKE NOTICE** that, pursuant to FRCP Rule 34, you are hereby required to produce at the offices of the undersigned attorneys within thirty (30) days from the date here any statements in the possession of the plaintiff or their legal representative, whether in writing or orally recorded on tape or by other mechanical device by this defendant, or any other witness to the alleged acts of malpractice. If plaintiffs, their legal representatives or any witness are in possession of any statement annex hereto either a copy of the actual writing or set forth a verbatim transcription of the orally recorded statement, identifying the date and manner in which the oral statement was recorded as well as the full name and address of the person or party presently in possession of each recording.

      PLEASE TAKE FURTHER NOTICE that in the event plaintiffs fail to forthwith provide each such report within thirty (30) days, defendant will move for an order pursuant to the provisions of the FRCP 35.

      PLEASE TAKE FURTHER NOTICE that this demand is to be considered continuing

TELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

and in force through and until the termination of this lawsuit.

Dated: New York, New York
April 26, 2005

                                                Yours, etc.

                                                COSTELLO, SHEA & GAFFNEY LLP

                                                By: _____
                                                    David N. Zane (DZ 4182)
                                             Attorneys for Defendant
                                             ST. VINCENT'S CATHOLIC MEDICAL CENTERS OF NEW YORK s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN
                                             44 Wall Street, 11th Floor
                                             New York, New York 10005
                                             (212) 483-9600

To:

    LOCKS LAW FIRM, PLLC
    Attorney for Plaintiffs
    110 East 55th Street, 12th Floor
    New York, NY 10022

    LAYSER & FREIWALD, P.C.
    Patricia M. Giordano
    1500 Walnut Street
    Eighteenth Floor
    Philadelphia, Pennsylvania 19102
    (212) 875-8000

    AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
    Attorney for Defendants
    EDWARD F. ROSSI, M.D. and
    PEDIATRICS EAST OF NEW YORK, P.C.
    757 3rd Avenue
    New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                  Plaintiffs.                  **NOTICE TO PRODUCE PURSUANT TO FRCP 34(a)**

        - against -

                                              05 CV 2609
EDWARD F. ROSSI, M.D., PEDIATRICS EAST OF    Judge Baer
NEW YORK, P.C. and ST. VINCENT'S HOSPITAL.
MANHATTAN,

                  Defendants.

------------------------------------------------------------------X
COUNSELORS:

      **PLEASE TAKE NOTICE** that, pursuant to FRCP Rule 34, you are hereby required to produce at the offices of the undersigned attorneys within thirty (30) days from the date herein the following:

    1.      Plaintiff's marriage certificate;

    2.      Infant plaintiff's birth certificate.

      PLEASE TAKE FURTHER NOTICE that this demand is to be considered continuing, as per FRCP 34, which requires plaintiffs provide supplemental responses additional information if additional information is obtained that more accurately represents the facts.

STELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

Dated: New York, New York
April 26, 2005

                      Yours, etc.

                      COSTELLO, SHEA & GAFFNEY LLP

                      By: _____
                           David N. Zane (DZ 4182)
                      Attorneys for Defendant
                      ST. VINCENT'S CATHOLIC MEDICAL CENTERS OF NEW YORK s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN
                      44 Wall Street, 11th Floor
                      New York, New York 10005
                      (212) 483-9600

To:

    LOCKS LAW FIRM, PLLC
    Attorney for Plaintiffs
    110 East 55th Street, 12th Floor
    New York, NY 10022

    LAYSER & FREIWALD, P.C.
    Patricia M. Giordano
    1500 Walnut Street
    Eighteenth Floor
    Philadelphia, Pennsylvania 19102
    (212) 875-8000

    AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
    Attorney for Defendants
    EDWARD F. ROSSI, M.D. and
    PEDIATRICS EAST OF NEW YORK, P.C.
    757 3rd Avenue
    New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                       Plaintiffs,                  **DEMAND FOR AUTHORIZATIONS**

            - against -

                                                        **05 CV 2609**

EDWARD F. ROSSI, M.D., PEDIATRICS EAST OF        **Judge Baer**
NEW YORK, P.C. and ST. VINCENT'S HOSPITAL,
MANHATTAN,

                       Defendants.

------------------------------------------------------------------X

COUNSELORS:

     **PLEASE TAKE NOTICE** that this demand is hereby made that you serve upon the undersigned duly executed authorizations for the release of records pertaining to the care and treatment rendered to the infant plaintiff ALYN HOTHO:

     1.     St. Vincent's Hospital;

     2.     Dr. Carolyn Hiltibeitel;

     3.     Dr. Harold Van Bosse;

     4.     Hospital for Joint Diseases.

     The aforementioned authorization must include the full name and address of each institution and/or physician and the dates of confinement or treatment.

     PLEASE TAKE FURTHER NOTICE that failure to comply with this demand will serve as a basis for a motion pursuant to FRCP 37(a) and (4) if said authorizations are not provided within thirty (30) days after service of a copy of the within Demand.

STELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

Dated: New York, New York
April 26, 2005

                    Yours, etc.

                    COSTELLO, SHEA & GAFFNEY LLP

                    By: _____
                          David N. Zane (DZ 4182)
                    Attorneys for Defendant
                    ST. VINCENT'S CATHOLIC MEDICAL CENTERS OF NEW YORK s/h/a ST. VINCENT'S HOSPITAL, MANHATTAN
                    44 Wall Street, 11th Floor
                    New York, New York 10005
                    (212) 483-9600

To:

LOCKS LAW FIRM, PLLC
Attorney for Plaintiffs
110 East 55th Street, 12th Floor
New York, NY 10022

LAYSER & FREIWALD, P.C.
Patricia M. Giordano
1500 Walnut Street
Eighteenth Floor
Philadelphia, Pennsylvania 19102
(212) 875-8000

AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
Attorney for Defendants
EDWARD F. ROSSI, M.D. and
PEDIATRICS EAST OF NEW YORK, P.C.
757 3rd Avenue
New York, NY 10017

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**CARLON THOM**, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York 11434.

On April 27, 2005, I served the within **COMBINED DEMANDS** on the attorneys in this action by regular mail a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:   LOCKS LAW FIRM, PLLC
      Attorney for Plaintiffs
      110 East 55th Street, 12th Floor
      New York, NY 10022

      LAYSER & FREIWALD, P.C.
      Patricia M. Giordano
      1500 Walnut Street
      Eighteenth Floor
      Philadelphia, Pennsylvania 19102
      (212) 875-8000

      AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
      Attorney for Defendants
      EDWARD F. ROSSI, M.D. and
      PEDIATRICS EAST OF NEW YORK, P.C.
      757 3rd Avenue
      New York, NY 10017

                                               _____
                                               **CARLON THOM**

Sworn to before me on this
27th day of April 2005.

_____
NOTARY PUBLIC

CHRISTINE SCOTT
Notary Public, State of
New York
No. 01SC604439
Qualified in Richmond County
Commission Expires July 3, 2???

TELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

Index No. 05 CV 2609    Year 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians
of infant, ALYN HOTHO,

                                      Plaintiffs,

- against -

EDWARD F. ROSSI, M.D., PEDIATRICS EAST
OF NEW YORK, P.C. and ST. VINCENT'S
HOSPITAL, MANHATTAN,

                                      Defendants.

## COMBINED DEMANDS

COSTELLO, SHEA & GAFFNEY LLP

*Attorneys for*

***Defendant, ST. VINCENT'S CATHOLIC MEDICAL CENTERS OF N.***
***ST. VINCENT'S HOSPITAL, MANHATTAN***

*Office and Post Office Address*
44 WALL STREET
NEW YORK, N.Y. 10005
212-483-9600

---

========= NOTICE OF ENTRY =========

Sir:-Please take notice that the within is a *(certified)* true copy of a

duly entered in the office of the clerk of the within named court on                          20

Dated
                    Yours, etc.,
  COSTELLO, SHEA & GAFFNEY LLP

*Attorneys for*

     *Office and Post Office Address*
        44 WALL STREET
      NEW YORK, N.Y. 10005

To

Attorney(s) for

========= NOTICE OF SETTLEMENT =========

Sir:-Please take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

One of the judges of the within named Court, at

on                                                    20
at                 M.
Dated,
                    Yours, etc.,
  COSTELLO, SHEA & GAFFNEY LLP

*Attorneys for*

     *Office and Post Office Address*
        44 WALL STREET
      NEW YORK, N.Y. 10005

To

Attorney(s) for