# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE, NEW YORK, N.Y. 10017
212 593-6700
FAX: 212 593-6970

**MEMBERS OF THE FIRM**

| | | | |
|---|---|---|---|
| MARK J. AARONSON | CRAIG P. FENNO | NANCY L. PENNIE | CAROL E. RUSSELL |
| LAWRENCE D. BLOOMSTEIN | MICHAEL M. FUTTERMAN | JAY A. RAPPAPORT | (212) 593-6793 |
| NEIL F. BRENES | ANDREW I. KAPLAN | CAROL E. RUSSELL | CER@ARFDLAW.COM |
| RICHARD V CAPLAN | STEVEN Z. KRONOVET | BARBARA A. RYAN | |
| ROBERT J. CECALA | PHILIP D. LERNER | DAWN C. SHAPIRO | |
| ROBERT S. DEUTSCH | NICHOLAS J. MAROTTA | ALISON R. SHIELDS | |
| SUSAN ETRA | ROBERT S. MELNICK | NANCY A. STEPROS | |
| MARK B. FEINSTEIN | DANIEL NESSIM | ELLIOTT J. ZUCKER | |

June 3, 2005

**VIA FACSIMILE (212) 805-7901**

The Honorable Harold Baer, Jr.
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007-1312

Re:  Victor Hotho and Ayako Mitsui vs. Edward Rossi, M.D., et al.
     Our File No.: 0236.094 ; Index No.: 05 cv 2609

Honorable Sir:

We represent Dr. Edward Rossi in the above-captioned matter. The conference scheduled for June 2, 2005 was adjourned by the court until June 8, 2005 at 2:50 p.m. I am unable to attend the conference on June 8th due to a previously scheduled deposition that will likely last all day. All parties have agreed to an adjournment of the conference. All parties are available for this conference on June 10, 2005. Thank you for your consideration.

Very truly yours,

Carol E. Russell
Carol E. Russell
CER:te

cc:  Steve Knowlton
     Locks Law Firm, PLLC
     110 East 55th Street - 12th Floor
     New York, NY 10022
     Fax#: 212-838-3735

     Costello, Shea & Gaffney, Esq.
     44 Wall Street
     New York, N.Y. 10005
     Fax #: 212-344-7680

*Adjourned to June 10 at 10 AM*

SO ORDERED:
Paul E. Blutman (?) U.S.D.J.
6/3/05

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6-3-05]*

{00421223.DOC}