UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VICTOR HOTHO and AYAKO MITSUI,
individually and as parents and natural
guardians of infant, ALYN HOTHO,

              Plaintiffs,

    v.

EDWARD F. ROSSI, M.D.,
PEDIATRICS EAST OF NEW YORK, P.C.
and, ST. VINCENT'S HOSPITAL,
MANHATTAN,

              Defendants.
-----------------------------------------------------------X

05 CV 2609
JUDGE BAER

ADMISSION TO PRACTICE
PRO HAC VICE FOR
PATRICIA M. GIORDANO



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-05

TO:    STEVEN C. MANDELL, ESQ.
         Aaronson Rappaport Feinstein & Deutsch, LLP
         757 Third Avenue
         New York, New York 10017

         REGINA PHILLIPS, ESQ.
         Costello, Shea & Gaffney LLP
         44 Wall Street - 11th Floor
         New York, New York 10005

    The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted. The admitted attorney Patricia M. Giordano, Esq. IS PERMITTED TO ARGUE OR TRY THIS PARTICULAR CASE IN WHOLE OR IN PART AS COUNSEL OR ADVOCATE.

    Ease attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

    This Order confirms your applications as counsel in this case, and it will be entered on the Court's docket. A notation of your admissions <u>pro hac vice</u> for the above listed case will be made on the roll of attorneys.

    The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in this case.

Date: New York, New York
         June 14, 2005

**Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.**

**SO ORDERED.**

Hon. Harold Baer, Jr., U.S.D.J.
Date: 6-15-05