# COSTELLO, SHEA & GAFFNEY LLP
## ATTORNEYS-AT-LAW

44 WALL STREET
NEW YORK, NEW YORK 10005

(212) 483-9600
FAX (212) 344-7680

MEMBERS OF THE FIRM
---
FREDERICK N. GAFFNEY
JOSEPH M. COSTELLO
STEVEN E. GARRY
PAUL E. BLUTMAN
WILLIAM A. GOLDSTEIN*
ALAN T. BLUTMAN
MARGARET S. O'CONNELL
DAVID N. ZANE
PATRICK G. REIDY**
BRADFORD COOKE
MICHAEL J. MORRIS

NASSAU COUNTY OFFICE
100 MERRICK ROAD
EAST BUILDING
ROCKVILLE CENTRE, N.Y. 11570
TEL (516) 764-9090
FAX (516) 764-9104

SUFFOLK COUNTY OFFICE
GRIFFING AVENUE BUILDING
80 WEST MAIN STREET
RIVERHEAD, N.Y. 11901
TEL (631) 369-3303

NEW JERSEY OFFICE
850 U.S. HIGHWAY ROUTE 1
NORTH BRUNSWICK, N.J. 08902
TEL (732) 745-9144

*ADMITTED TO PRACTICE IN
NEW YORK AND NEW JERSEY
**ADMITTED TO PRACTICE IN
NEW YORK AND CONNECTICUT

July 25, 2005

Judge Harold Baer, Jr.
United Stated District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 2230
New York, New York 10007-1312

Re:  Hotho v. Rossi et al.
     Index No.: 05 CV 2609
     <u>Our File #: 25399</u>

Dear Judge Baer:

Please allow this letter to advise you that this office has been advised that the above-referenced matter has been stayed due to St. Vincent's Catholic Medical Center filing a Federal bankruptcy petition.

Should you have any questions regarding the above, please do not hesitate to contact the undersigned.

Respectfully submitted,

COSTELLO, SHEA & GAFFNEY LLP

By: _____
    DAVID N. ZANE(DNZ 4182)

DNZ/cah

191298.1

COSTELLO, SHEA & GAFFNEY LLP

July 25, 2005
Page -2-

cc:   Layser & Freiwald, PC
      1500 Walnut Street, 18th Floor
      Philadelphia, PA 19102

      Locks Law Firm
      110 East 55th Street, 12th Floor
      New York, New York 10022

      Aaronson, Rappaport,
      Feinstein & Deutsch, LLP
      757 3rd Avenue
      New York, NY 10017