193175.1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VICTOR HOTHO and AYAKO MITSUI,
Individually and as parents and natural guardians of
infant, ALYN HOTHO,

                              Plaintiffs,

                  - against -

EDWARD F. ROSSI, M.D., PEDIATRICS EAST
OF NEW YORK, P.C. and ST. VINCENT'S
HOSPITAL, MANHATTAN,

                              Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-1-05

**ORDER TO STAY
PROCEEDINGS**

**05 CV 2609**

### ORDER

Due to the petition for bankruptcy, as filed by St. Vincent's Catholic Medical Centers of New York on July 5, 2005, the above-captioned action will remain on the suspension calendar for 180 days from the filing of this Order, dated _____ 2005 *unless hereof filing notification from one or another party as to the need to continue that status or for any other valid reason,*

SO ORDERED *the matter will be dismissed on March 1, 2006*

DATED:    New York, New York
          Sept 1, 2005

                                        BY THE COURT:

                                        _____
                                        The Honorable Harold Baer
                                        United States District Judge

COSTELLO, SHEA & GAFFNEY LLP
ATTORNEYS-AT-LAW
44 WALL STREET
NEW YORK, NY 10005

September 1, 2005

Endorsement:

....date hereof and filing notification from one or another party as to the need to continue that status or for any other noted reason, the matter will be dismissed on March 1, 2006.