UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Victor Hoth, et al.   Plaintiff(s),

- against -

Edward Rossi, et al.   Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

05 Civ. 2609 (HB)(RE)

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s) Layser & Freiwald
Address 1509 Walnut Street, 18th Fl
Telephone Philadelphia, PA 19102
(215) 875-8000

Attorney(s) for Defendant(s)
Address
Telephone

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____ U.S.D.J.

Magistrate Judge ELLIS was assigned this case on 2/17/06

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Victor Hoth et al.      Plaintiff(s),

- against -

Edward Rossi, et al.    Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

05 Civ. 2609 (HB)(RE)

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

Costello, Shea & Gaffney LLP
By: _____
DAVID N. ZANE (DZ 4182)
Attorney(s) for Defendant(s) St. Vincent's Hospital
Address 44 Wall Street, NY, NY 10005
Telephone 212-483-9600

Aaronson, Rappaport, Feinstein & Deutsch
By: Natalie Wolf
Attorney(s) for Dr. Rossi, Pediatrics East of NY PC
Address 757 3rd Ave New York NY 10017
Telephone (212) 593 6700

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____ U.S.D.J.

Magistrate Judge ____ELLIS____ was assigned this case on 2/17/06.

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99