UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO & AYAKO MITSUI,

                               **Plaintiffs,**

              - against -

EDWARD F. ROSSI, M.D.,

                               **Defendant.**

**PRETRIAL CONFERENCE ORDER**

05 Civ. 2609 (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/06

**RONALD L. ELLIS, United States Magistrate Judge:**

    This action has been referred to Magistrate Judge Ronald L. Ellis for TRIAL.

    **A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON MARCH 22, 2006, AT 2:00 P.M. IN COURTROOM 20A, 500 PEARL STREET.** All counsel must be present. Plaintiff's counsel is responsible for confirming with each defendant's counsel that all necessary participants are aware of this conference. The individuals present must have authority and be prepared to discuss all aspects of the case, including any legal and factual matters related to the claims or counterclaims.

    No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Debbie Smith, 212-805-0242.

                                                          The Honorable Ronald L. Ellis
                                                          United States Magistrate Judge

**SO ORDERED**
**February 27, 2006**