UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO, et al.,

                              Plaintiffs,          :

              - against -                          :

EDWARD F. ROSSI, et al.,                           :

                              Defendants.          :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/22/06 06_

**ORDER**

**05 Civ. 2609 (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on March 22, 2006,

**IT IS HEREBY ORDERED THAT** the parties shall return for a conference before the

Court on **June 1, 2006, 10:30 a.m.**

**SO ORDERED this 22nd day of March 2006**
**New York, New York**

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge