UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO, et al.,

              Plaintiffs,

- against -

EDWARD F. ROSSI, et al.,

              Defendants.

**ORDER**

05 Civ. 2609 (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/06

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on June 1, 2006,

**IT IS HEREBY ORDERED THAT**

1) the parties shall submit a joint proposed discovery schedule by **June 7, 2006**; and

2) the parties shall return for a conference before the Court on **July 11, 2006, 11:00 a.m.**

**SO ORDERED this 1st day of June 2006**
New York, New York

                                                             The Honorable Ronald L. Ellis
                                                             United States Magistrate Judge