UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO, et al.,

                       **Plaintiffs,**

- against -

EDWARD F. ROSSI, et al.,

                       **Defendants.**

ORDER

05 Civ. 2609 (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/06

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED THAT** the parties shall adhere to the following discovery schedule:

    1) all fact discovery shall be concluded by **October 15, 2006**;

    2) plaintiff shall submit expert reports by **October 30, 2006**;

    3) defendant shall submit expert reports by **November 30, 2006**;

    4) expert depositions shall be complete by **February 1, 2007**.

**SO ORDERED this 8th day of June 2006**
New York, New York

                                                          The Honorable Ronald L. Ellis
                                                          United States Magistrate Judge