UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/06
```

VICTOR HOTHO, et al.,

                              Plaintiffs,

            - against -

EDWARD F. ROSSI, et al.,

                              Defendants.

**ORDER**

05 Civ. 2609 (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

IT IS HEREBY ORDERED THAT the conference scheduled for July 11, 2006, is

adjourned, and the parties shall participate in a status conference by telephone on **September 6,**

**2006, at 10:30 a.m.**

SO ORDERED this 10th day of July 2006
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge