UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO, et al.,

                            Plaintiffs,

             - against -

EDWARD F. ROSSI, M.D., et al.,

                            Defendants.

ORDER

05 Civ. 2609 (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/06

RONALD L. ELLIS, United States Magistrate Judge:

IT IS HEREBY ORDERED THAT

1) the deadline for plaintiffs' expert report was **November 30, 2006**;

2) the deadline for defendants' expert report is **January 15, 2007**; and,

3) expert depositions be completed by **February 15, 2007**.

SO ORDERED this 6th day of December 2006
New York, New York

*[signature]*
The Honorable Ronald L. Ellis
United States Magistrate Judge