UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO, et al.,

                         Plaintiffs,

- against -

M.D. EDWARD F. ROSSI, et al.,

                         Defendants.

ORDER

05 Civ. 2609 (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/06

RONALD L. ELLIS, United States Magistrate Judge:

      IT IS HEREBY ORDERED THAT trial in this case will commence on **April 16, 2007,** at 9:30 a.m.

SO ORDERED this 19th day of December 2006
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge