UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO, et al.,

                        Plaintiffs,

      - against -

EDWARD F. ROSSI, M.D., et al.,

                        Defendants.

ORDER

05 Civ. 2609 (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/07

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference held before this Court,

    **IT IS HEREBY ORDERED THAT** the parties submit the final joint pretrial order by April 2, 2007.

**SO ORDERED** this 2nd day of March 2007
New York, New York

                                                         _____
                                                          The Honorable Ronald L. Ellis
                                                          United States Magistrate Judge