UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO and AYAKO MITSUI,  :
individually and as parents and natural  :
guardians of infant, ALYN HOTHO,  :
: 
   Plaintiffs  :
:
v.  :
: CIVIL ACTION NO: 05-CV-2609
EDWARD F. ROSSI, M.D.  :
   and  :
PEDIATRICS EAST OF NEW YORK, P.C. :
:
   Defendants  :

### AFFIDAVIT OF PATRICIA M. GIORDANO, ESQUIRE, PLAINTIFFS' ATTORNEY IN SUPPORT OF INFANT'S COMPROMISE

I, Patricia M. Giordano, Esquire, hereby state as follows:

1. I am an attorney of record for plaintiffs in the above-referenced case appearing pro hac vice.

2. The parties have agreed to a settlement in the amount of $492,500.00.

3. I recommend the settlement because it will provide sufficient funds to provide medical care for the infant's medical needs and will compensate her for the pain and suffering and disfigurement she sustained (and may sustain in the future) due to defendants' negligence.

4. I have neither directly nor indirectly become concerned in the settlement at the instance of any person or party opposing the interest of the plaintiffs, nor have I received nor will I receive any compensation from any person or party opposing the plaintiffs' interests.

5. As attorney for the plaintiffs, I drafted legal pleadings, engaged in written discovery, conducted and defended discovery depositions, secured expert witnesses, deposed defendants' expert

witnesses, defended plaintiffs' expert witnesses at deposition, conducted legal and medical research and otherwise prepared for trial.

    6.    The cost of this litigation totaled $45,371.50 and consisted of:

| | | |
|---|---|---|
| a. | Experts | $29,953.80 |
| b. | Filing fees and service of documents | $ 435.00 |
| c. | Medical records | $ 554.52 |
| d. | X-rays | $ 1,935.32 |
| e. | Transcripts | $ 5,383.30 |
| f. | Legal research | $ 251.84 |
| g. | Medical research | $ 65.01 |
| h. | Travel | $ 2,144.71 |
| I. | Copying costs | $ 3,199.75 |
| j. | Postage | $ 190.35 |
| k. | Overnight mail | $ 397.30 |
| l. | Courier | $ 21.37 |
| m. | Facsimile | $ 284.00 |
| n. | Telephone | $ 100.23 |

(See Exhibit "A.")

7.  The attorneys' fee is $124,282.13, which is calculated on the settlement less expenses.

                                                  _____
                                                  PATRICIA M. GIORDANO

_____
Notary Public

**MARITZA GONZALEZ**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 23, 2011