**Department of Orthopaedic Surgery**
601 N. Caroline Street, Room 5253
Baltimore, MD 21287-0882
410.955.3135 - Office
443.287.5995 - Fax



JOHNS HOPKINS
M E D I C I N E

**Michael C. Ain, M.D.**
Associate Professor, Orthopaedic and Neurosurgery
Director, Orthopaedic Residency Program

November 28, 2006

Layser & Freiwald, P.C.
Patricia M. Giordano, Esquire
1500 Walnut Street
Eighteenth Floor
Philadelphia, PA 19102
RE:  Alyn Hotho, a minor v. Rossi, MD, et al.

     I have reviewed medical records, the complaint and x-rays pertaining to the above case. A list of the records that I have reviewed is attached. In April, 2003, Alyn was diagnosed with DDH of the left hip. As a result of the diagnosis, Alyn underwent a closed reduction at approximately eight months of age, and then later went on to have an iliac osteotomy performed. Starting as far back as February 11, 2004, there were some mild changes of avascular necrosis ("AVN") of the left hip present. As such, to a reasonable degree of medical certainty, the DDH was present for several months before February. By July 9, 2004, there was definitely evidence of AVN present, both on the acetabulum and on the femoral head side. On February 22, 2005, looking at the x-rays, there was AVN and the femoral neck was going into varus and the ossific nucleus was small, relative to the other side.

In the most recent x-ray that I have available to me, which is May 25, 2006, there was AVN, varus of the neck, some residual dysplasia, and a very small femoral head. In light of this, she will need additional surgeries down the road. To a reasonable degree of medical probability, as a teenager, Alyn will develop significant hip pain, leading to other complications, requiring at some point, a total hip arthroplasty. These typically last from 12 to 15 years for the initial replacement for a patient of Ms. Hotho's age. Revisions will need to be done in the future. Because of her very young age, there is a possibility that as she gets older, that at some point in time, further revision surgery with total hip arthroplasty will not be able to be performed. Moreover, in all certainty, she will develop arthritis in the hip, a painful condition that can cause other complications.

I hold of the opinions expressed in this report to a reasonable degree of medical certainty.

Sincerely,

Michael C. Ain, MD
Associate Professor, Orthopaedic and Neurosurgery
Johns Hopkins Hospital
Baltimore, Maryland

<u>Alyn Hotho, a minor v. Rossi, MD, et al.: Records reviewed by Michael C. Ain, M.D.</u>

Complaint
Records of St. Vincent's Hospital
Records of Dr. Edward Rossi
Office note of Dr. Edward Rossi
Records of Dr. Caroline Hiltebeitel
Records of Dr. Harold van Bosse
Records of Dr. Steven Burke
Records from the Hospital of Joint Diseases
Records of Dr. Timothy Radomisli
Records of Dr. Tony Kahn
Records of Dr. Daniel Gree
Records of Dr. Avis Meeks Day

X-Rays:

| | | |
|---|---|---|
| New York University Medical Center | 6/10/03 & 6/13/03 | X-Ray of Pelvis - 2 |
| | 2/11/04 | X-Ray of Hips - 2 |
| | | X-Ray of Hips - 6 |
| | 7/9/03 | X-Ray of Pelvis - 1 |
| | 6/16/03 | X-Ray of Left Hip - 4 |
| | 3/15/04 | X-Ray of Left Hip - 3 |
| | 6/16/03 | CT of Pelvis - 3 |
| | 10/29/03 | X-Ray of Pelvis - 2 |
| | 4/14/04 | X-Ray of Left Hip - 1 |
| | 6/9/04 | X-Ray of Hips - 2 |
| | 3/31/04 | X-Ray of Left Hip - 1 |
| Central Texas Pediatrics Orthopedics & Scoliosis Surgery (Dr. Kahn) | 2/22/05 | X-Ray of Right Hip - 2 |
| Central Texas Pediatrics | 5/25/06 | AP and Frog Lateral X-rays of pelvis - 2 |

**CURRICULUM VITAE**                                   **MICHAEL C. AIN, M.D.**

**NAME:**                Michael C. Ain

**BIRTH DATE:**          March 15, 1961

**BIRTHPLACE:**          New Hyde Park, New York

**WORKPLACE:**           Division of Pediatric Orthopaedic Surgery
                         Johns Hopkins Hospital
                         JHOPC 5253
                         601 N. Caroline St.
                         Baltimore, Maryland 21287

**HOME ADDRESS:**        8 King Canute Court
                         Owings Mills, Maryland 21117

**MARITAL STATUS:**      Married, Two children

**CURRENT POSITION:**    Assistant Professor
                         Division of Pediatric Orthopaedic Surgery
                         Johns Hopkins Hospital
                         Baltimore, Maryland

                         Assistant Professor
                         Department of Neurosurgery
                         Johns Hopkins Hospital
                         Baltimore, Maryland

                         Director Residency Training
                         Department of Orthopaedic Surgery
                         Johns Hopkins Hospital
                         Baltimore, Maryland

**EDUCATION:**

|  |  |  |
|---|---|---|
| | Fellow Division of Pediatric Orthopaedic Surgery<br>Johns Hopkins Hospital<br>Baltimore, Maryland | 1995 - 1996 |
| Resident | Orthopaedic Surgery<br>Albany Medical College<br>Albany, New York | 1990 - 1995 |
| Resident | Department of Pediatrics<br>University of California at Irvine<br>Irvine, California | 1989 - 1990 |
| M.D. | Albany Medical College<br>Albany, New York | 1985 - 1989 |
| B.A.<br>Math | Brown University<br>Providence, Rhode Island | 1980 - 1984 |
| | Phillips Academy<br>Andover, Massachusetts | |

**CERTIFICATION:**

|  |  |
|---|---|
| Diplomate, National Board of<br>Medical Examiners | 1991 |
| State of New York Board of<br>Medical Examiners | |
| Board Certified in Orthopaedic Surgery | 1998 |

**CERTIFICATION, cont'd:**

| | | |
|---|---|---|
| | American Academy Orthopaedic Surgery | 2000 |
| | Honorary Degree Western Maryland | 2000 |
| | Fellow POSNA | 2000 |
| | Candidate Member, Scoliosis Research Society | 2000 |
| | Member, Maryland Orthopaedic Association | 2000-present |

**LICENSURE:**

| State | Date | Perm/Temp | Number |
|---|---|---|---|
| Maryland | 1995-Present | Permanent | D47599 |

**COMMITTEES:**

| | | |
|---|---|---|
| | Member of Candidate Membership Committee AAOS | 1996 - 2002 |
| | Committee Chairman - Maryland Orthopaedic Society Annual Meeting | April 2000 |
| | Editor Orthopaedic Blue Journal | 2000 –Present |
| | Reviewer Oakstone Journal | 2000 - Present |
| | Assistant Director of Residency Training | 2001 |
| | Section Head – National Johns Hopkins Review Course | 2002 - 2004 |
| | Member- Operating Room Improvement Committee | 1997 -2002 |

**COMMITTEES, cont'd:**

| | | |
|---|---|---|
| | Member- Johns Hopkins Pediatric Trauma | 1997 - Present |

| | |
|---|---|
| Committee | |
| Course Chairman – Johns Hopkins Orthopaedic Review Course | 2005 |
| Member – Graduate Medical Education Committee | 2000-Present |
| Director – Orthopaedic Residency Program | 2002 – Present |
| POSNA Nominating Committee | 2003 – Present |
| POSNA ICL Committee | 2004 – 2007 |

**PUBLICATIONS:**

1. Jackson, D.C.; et.al: Cardiovascular Function in Turtles During Anoxic and Acidosis In Vivo and In Vitro Studies. *American Journal of Physiology,* 1985.

2. Carl, A.; Ain, M.D.: Doppler Venous Ultrasound in the Detection of the Evolving Compartment Syndrome. *Journal of Orthopaedic Techniques,* 1(3): 161-165, September 1993.

3. Fletcher, F.; Ain, M.C.; and Jacobs, R.: Healing Foot Ulcers in Immunosuppressed Renal Transplant Patients. *CORR,* November 1993.

4. Carl, A.; Ain, M.C.: Fracture of the Radial Head: An Unusual Variant. *Journal of Orthopaedic Trauma.* 1994

5. Ain, M.C.; Bono, J.V.; Glockner, F.: The Removal of an Intramedullary Tibial Rob that was Originally Implanted Backwards. *Complications in Orthopaedics.* 1995

6. Ilhan Elmaci, M.D.; Michael C. Ain, M.D.; Roland R. Lee, M.D.; Jeannie-Marie E. Sheppard, B.A.; Daniele Rigamonti, M.D., F.A.C.S.; Orest Hurko, M.D.: Perioperative Intacranial Hemorrhage in Achondroplasia. *Journal of Neurosurgical Anesthesiology.* Vol 12(3), 217-220. 2000

**PUBLICATIONS,cont'd:**

7. Michael C. Ain, M.D.; Ilhan Elmachi, M.D.; Orest Hurko, M.D.; Richard Clatterbuck, M.D.; Roland R. Lee, M.D.; Daniele Rigamonti, M.D. F.S.C.S.: Reoperation For Spinal Restenosis in Achondroplasia. *Journal of Spine Disorders.* 13(2), 168-173. April 2000.

8. Wright M.J.; Ain, M.C.; Clough, M.V.; Belllus G.A.; Hurko, O.; McIntosh, I.: Achondroplasia and Nail Patella Syndrome: The Compound Phenotype. J. Med. Genet. 2000.

9. P. Justin Tortolani, M.D.; Michael C. Ain, M.D.; Nancy H. Miller, M.D.; Robert J. Brumback, M.D.; Paul D. Sponseller, M.D.: Tibial Nails for Femoral Shaft Fractures in Adolescents: "Off-Label Usage. *Journal of Orthopaedics.* 24(6).

10. Nancy Braverman, M.D.; Julie Hoover-Fong, M.D.; Michael C. Ain, M.D.: Mucopolysaccharidosis Type IV. *Pediatrics Journal.* 2001

11. Domb,B.G., Sponseller, P.D., Ain, M.C., Miller, N.H.: Comparison of Dynamic Versus Static External Fixation for Pediatric Femur Fractures. *Journal of Pediatric Orthopaedics.* Volume 22, #4. July/August 2002.

12. Ain, M.C., Andres, B.M., Somel, D.S.,Fishkin, Z., Frassica, F.J.: Total Hip Arthroplasty in Skeletal Dysplasias: Patient Selection, Preoperative Planning, and Operative Techniques. *Journal of Arthroplasty.* 19:1-7. January, 2004.

13. Ain, M.C., Shirley, E.D.: Spinal Fusion for Kyphosis in Patients with Achondroplasia. *Journal of Pediatric Orthopaedics.* July/August, 2004.

14. Ain, M.C., Browne, J.A.: Spinal Arthrodesis with Instrumentation for Thoracolumbar Kyphosis in Pediatric Achondroplasia. *Spine.* September 15, 2004.

15. Ain, M.C., Shirley, E., Pirouzmanesh, A., Hariri , A., Carson, B.S.: "Postlaminectomy Kyphosis in the Skeltally Immature Achondroplast". *Spine.* September, 2005.

**PUBLICATIONS,cont'd:**

16. Cascio, B.M., Wilckens, J.H., Ain, M.C., Toulson, C., Frassica, F.J.: Documentation of Acute Compartment Syndrome at an Academic Health-care Center. *Journal of Bone and Joint Surgery,* 87A(2); 346-350. 2005.

**NATIONAL PRESENTATIONS:**

1. Roger, J.; Ain, M.C.; Bono, J.V.; Williamson, S.C.: Intraoperative and Postoperative Drain Cultures in Hip and Knee Arthroplasty. Academy of Orthopaedic Surgeons, 60th Annual Meeting, San Francisco, California, 1993.

2. Roberts, J.; Ain, M.C.; Abramowitz, A.: Arthographic Classifications of Legg-Perthes Disease. Academy of Orthopaedic Surgeons, 63rd Annual Meeting, Atlanta, Georgia, 1996.

3. Roberts, J.; Ain, M.C.; Abramowitz, A.: Arthographic Classifications of Legg-Perthes Disease. POSNA, Phoenix, AL. 1996.

4. Ain, M.C.; Elmaci, I.; Hurko, O.; Sheppard, J.; Rigamonti, D.: Reoperation in Achondroplastic Stenosis. Southern Neurological Society. June 1996.

5. Ain, M.C.; Elmaci, I.; Hurko, O.; Shugert, B.; Rigamonti, D.: CT Scan versus MRI in the Evaluation of the Achondroplasia Spine. III International Meeting Skeletal Dysplasia. July 1997

6. Ain, M.C.: Spinal Deformity in Achondroplasia. Grand Rounds. Osaka University 1998.

7. Ain, M.C.: Philosophical and Psychological Aspects of ELL in Achondroplasia. Japanese National Meeting of External Fixations. 1998.

8. Ain, M.C.: Spinal Deformity in Achondroplasia. Orthopaedic Grand Rounds. Baylor University, Texas. 1999.

**NATIONAL PRESENTATIONS,cont'd:**

9. Ain, M.C.: Moderator – "Is There Life After Residency?" AAOS ICL – 2003.

12. Ain, M.C.: Speaker – Kiawah Deformity Course. Stryker Spine. May, 2003.

13. Ain, M.C., Browne, J.A.: "Spinal Fusion with Instrumentation for Progressive Thoracolumbar Kyphosis in Pediatric Achondroplasia". Scoliosis Research Society.

September, 2003.

14. Ain, M.C., Leet, A., Shirley, E.D.: Genu Varum in Achondroplasia. AAOS. February, 2004.

15. Ain, M.C.: "Diagnosis and Non-Surgical Mangagement of Common Skeletal Dysplasias". POSNA One Day Course. April, 2004.

16. Ain, M.C.: Participant/Panel – "Key Issues in Choosing and Starting Your Orthopaedic Practice: There Is Life After Residency". AAOS ICL – 2004.

17. Ain, M.C.: Chairman – Thoracic Deformity Course. Stryker Spine. May, 2004.

18. Ain, M.C.: Speaker - Children's Hospital. Santiago, Chile. September, 2004.

19. Ain, M.C.: Speaker – University of Utah. October, 2004.

20. Ain, M.C.: Section Leader – Orthopaedic Review Course. 2004.

21. Ain, M.C.: Evaluation, Treatment and Management of Skeletal Dysplasias. AAOS ICL – February, 2005.

**VISITING PROFESSORSHIPS:**

1. Ain, M.C.: Visiting Professor – Albany Medical College. June, 2000.

2. Ain, M.C.: Guest Speaker – Steven J. Bertisch Memorial Lecture. Albany Medical College. October, 2001.

3.. Ain, M.C.: Distinguished Visiting Professor – 32nd Annual Carrie Tingley Winter

Seminar. 2002.

4. Ain, M.C.: Visiting Professor – Christus Santa Rosa Hospital. San Antonio, Texas. April, 2003.

5. Ain, M.C.: Visiting Professor – University of Colorado – Health Science Center. Children's Orthopaedic Day. April, 2004.

6. Ain, M.C.: Visiting Professor – John V. Banta – Connecticut Children's Hospital. May, 2004.

7. Ain, M.C.: Visiting Professor – Akron Children's Hospital. August, 2004.

**BOOK CHAPTERS:**

1. M.C. Ain – Cervical Instability In Drennan, et al Orthopaedic Pocket Procedure Sites: Pediatrics. The McGraw-Hill Companies. 2003.
2. M.C. Ain, G. Naseef- Skeletal Dysplasias In Essentials of Orthopaedic Surgery. Pediatric Orthopaedics. Lippincott & Williams. 2003.
3. M.C. Ain, B. Cascio – Achondroplasia In Spinal Complications. Vaccaro, et al. Lippincott & Williams. 2004.

**FUNDING:**

Synthes Spine - $30,000/year – Evaluate Natural History of Low Back Problems in Achondroplasia

General Clinical Research Center – $490,000 over 3 years- Nail Patella Syndrome: Expanding the phenotype of a classical skeletal dysplasia syndrome

**COMMUNITY SERVICE:**

Medical Advisory Board, LPA 1996- Present
Board of Directors, Human Growth Foundation 1996-2000

Case 1:05-cv-02609-RLE    Document 32-5    Filed 05/16/2007    Page 11 of 11