UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HOTHO and AYAKO MITSUI, :
individually and as parents and natural :
guardians of infant, ALYN HOTHO, :
: **JURY TRIAL DEMANDED**
      Plaintiffs :
:
v. :
: CIVIL ACTION NO: 05-CV-2609
EDWARD F. ROSSI, M.D. :
  and :
PEDIATRICS EAST OF NEW YORK, P.C.: 
:
:
      Defendants :

**OUT OF POCKET MEDICAL EXPENSES OF PLAINTIFFS'
AYAKO MISUI & VICTOR HOTHO**

| | |
|---|---|
| Harold Van Bosse, M.D. (Co-pays & other charges 6/0 & 6/04) | $ 139.30 |
| Hospital for Joint Diseases (6/03, 8/03 & 3/04) | $5550.00 |
| United Orthopedic Appliances | $ 155.00 |
| Anesthesia (6/03 & 8/03) | $2871.00 |
| Daniel Green, M.D. | $ 350.00 |
| Stephen Burke, M.D. | $ 400.00 |
| Mt. Sinai Orthopedics (T. Radomisili, M.D.) | $ 350.00 |
| Orthopedic Institute (3/04) | $ 500.00 |
| Tony Kahn, M.D. (Co-pay) | $ 25.00 |
| TOTAL | $10,340.30 |