We look forward to welcoming you aboard.

**Flight Summary**

| | | |
|---|---|---|
| VICTOR HOTHO<br>7002 kenosha pass<br>austin, TX 78749 | Confirmation Number: | J8H2BW (manage flights) |
| | Date Booked: | 25 Mar 07 |
| | Modified: | 25 Mar 07 |
| | Booked By: | INET |

| | Name | TrueBlue Number | Seats |
|---|---|---|---|
| Welcome Aboard: | VICTOR HOTHO | 2048961996 | View |
| | AYAKO MITSUI | Sign Up for TrueBlue | View |
| | ASAKO MITSUI | Sign Up for TrueBlue | View |
| | TOKUO MITSUI | Sign Up for TrueBlue | View |
| | ALYN HOTHO | Sign Up for TrueBlue | View |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 14 Apr 07 | 1060 | Austin, TX 07:00am | New York, JFK 11:30am | 0 |
| 28 Apr 07 | 1061 | New York, JFK 07:55am | Austin, TX 11:25am | 0 |

Total for 5 customers

| | |
|---|---|
| Fare: | 920.90 |
| Tax: | 103.10 |
| Security Fee: | 25.00 |
| Passenger Facility Charge: | 45.00 |
| Total: | $1094.00 |
| Visa: | $1094.00 |
| Balance Due: | $0.00 |

We look forward to welcoming you aboard.

**Flight Summary**

| Victor Hotho | Confirmation Number: | RRWGAB (manage flights) |
|---|---|---|
| 7002 Kenosha Pass | | |
| Austin, TX 78749 | Date Booked: | 27 Jul 06 |
| | Modified: | 27 Jul 06 |
| | Booked By: | INET |

| | Name | TrueBlue Number | Seats |
|---|---|---|---|
| Welcome Aboard: | VICTOR HOTHO | | View |
| | AYAKO MISUI | | View |
| | ALYN HOTHO | | View |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 03 Sep 06 | 1060 | Austin, TX 07:00am | New York, JFK 11:40am | 0 |
| 09 Sep 06 | 1061 | New York, JFK 07:55am | Austin, TX 11:15am | 0 |

Total for 3 customers

| | |
|---|---|
| Fare: | 720.00 |
| Tax: | 73.80 |
| Security Fee: | 15.00 |
| Passenger Facility Charge: | 27.00 |
| Total: | $835.80 |
| Visa: | $835.80 |

We look forward to welcoming you aboard.

**Flight Summary**

| VICTOR HOTHO | Confirmation Number: | LKHKEM (manage flights) |
|---|---|---|
| 7002 kenosha pass | Date Booked: | 09 Apr 07 |
| austin, TX 78749 | Modified: | 09 Apr 07 |
| | Booked By: | INET |

| | Name | TrueBlue Number | Seats |
|---|---|---|---|
| Welcome Aboard: | VICTOR HOTHO | 2048961996 | View |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 15 Apr 07 | 1060 | Austin, TX 07:00am | New York, JFK 11:30am | 0 |
| 16 Apr 07 | 1069 | New York, JFK 8:50pm | Austin, TX 12:10am +1 | 0 |

Total for 1 customer

| | |
|---|---|
| Fare: | 365.58 |
| Tax: | 34.22 |
| Security Fee: | 5.00 |
| Passenger Facility Charge: | 9.00 |
| Total: | $413.80 |
| Visa: | $413.80 |