**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VICTOR HOTHO and AYAKO MITSUI,  :
individually and as parents and natural :
guardians of infant, ALYN HOTHO, :

           Plaintiffs :

:

      v. :

:     CIVIL ACTION NO: 05-CV-2609

:

EDWARD F. ROSSI, M.D. :
    and :
PEDIATRICS EAST OF NEW YORK, P.C. :
    and :
ST. VINCENT'S HOSPITAL, :
 MANHATTAN :

:

        Defendants :

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Motion for Court Approval of

Infant's Compromised were served upon counsel for the following defendants by U.S. Mail, First

Class postage prepaid, this ___16th___ day of ___May___, 2007:

Carol Russell, Esquire
Aaronson, Rappaport, Feinstein & Deutsche
757 Third Avenue
New York, NY 10017
Attorneys for Edward F. Rossi, M.D.
and Pediatrics East of New York, P.C.

LOCKS LAW FIRM, P.L.L.C.

By: _____
~~Steven P. Knowlton, Esquire~~ ANDREA MAIorana
110 E. 55th Street
New York, NY 10022
Attorneys for Plaintiffs